UNITED STATES MARSHALS SERVICE
Western District of Virginia
Date of Receipt: Sep 10, 2025
Time of Receipt: 16:15
Received By: *Jim Satterwhite, ASDUSM*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Victor Hernandez Sorto<br>a/k/a "Bala," a/k/a "47"<br><br>*Defendant* | )<br>)<br>)   Case No. 1:25mj74<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Victor Hernandez Sorto                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit murder in aid of racketeering in violation of Title 18, United States Code, Section 1959(a)(5)

Date:   09/10/2025                                       _____
                                                          *Issuing officer's signature*

City and state:   Abingdon, Virginia                      Pamela Meade Sargent, United States Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/10/2025, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                     _____
                                                          *Arresting officer's signature*

                                                          _____
                                                          *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Victor Hernandez Sorto

Known aliases: Bala, 47, Baby Danger

Last known residence: FCI Allenwood Low, Rt 15,2 Miles N of Allenwood, Allenwood, PA 17810

Prior addresses to which defendant/offender may still have ties:
8329 Georgian Court, Manassas Virginia, 20110

Last known employment:

Last known telephone numbers:

Place of birth: El Salvador

Date of birth: 01/30/1980

Social Security number: none

Height: 5'7          Weight: 150

Sex: Male            Race:

Hair: Black          Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 329760JB8

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: