# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:25-MJ-00058** |
| | : | |
| **v.** | : | |
| | : | |
| **VICTOR HERNANDEZ SORTO,** | : | |
| | : | |
| | : | **(Magistrate Judge Schwab)** |
| **Defendant** | : | |

Type of Case:　　　( ) Civil　　(**x**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **<u>RESCHEDULED</u>** for the place, date and time set forth below:

<table>
<tr><td></td><td>COURTROOM No. <b>6B</b></td></tr>
<tr><td>Sylvia H. Rambo U. S. Courthouse</td><td>6th Floor</td></tr>
<tr><td>1501 North 6th Street</td><td><b>Date: September 18, 2025</b></td></tr>
<tr><td>Harrisburg, PA 17102</td><td>Time: 10:00 a.m.</td></tr>
</table>

TYPE OF PROCEEDING:　**Preliminary and Detention Hearing**

Peter J. Welsh, Clerk of Court
*s/ Amanda L. Endy*
Amanda L. Endy, Deputy Clerk

DATED: September 12, 2025

To:　　U.S. Attorney's Office – Scott Ford
　　　Federal Public Defender's Office – Curt Schulz
　　　U.S. Marshal
　　　Pretrial / Probation